**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2087**

_____

In Re: MARC R. LABGOLD,

          Debtor.

----------------------

MARC R. LABGOLD,

          Plaintiff - Appellant,

    v.

JUDY A. ROBBINS, Office of the U.S. Trustee – Region 4,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:15-cv-00123-GBL-IDD)

_____

Submitted: March 31, 2016          Decided: April 5, 2016

_____

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard W. Driscoll, DRISCOLL & SELTZER, PLLC, Alexandria, Virginia, for Appellant. Ramona D. Elliott, Deputy Director, P. Matthew Sutko, Associate General Counsel, John Postulka, DEPARTMENT OF JUSTICE, Washington, D.C.; Judy A. Robbins, United States Trustee for Region 4, Joseph A. Guzinski, Assistant

United States Trustee, Bradley D. Jones, DEPARTMENT OF JUSTICE, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marc R. Labgold appeals from the district court's order affirming the bankruptcy court's order finding that he, within one year of filing his bankruptcy petition, transferred a parcel of real property with the intent to hinder, delay, or defraud his creditors and denying him a discharge pursuant to 11 U.S.C. § 727(a)(2)(A) (2012). We have reviewed the parties' arguments and the record submitted on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Labgold v. Robbins, No. 1:15-cv-00123-GBL-IDD (E.D. Va. Aug. 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED